NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:     (213) 894-7280/5615/7407/0759
      Facsimile:     (213) 894-2927
      E-mail:   judith.heinz@usdoj.gov
                james.hughes2@usdoj.gov
                melanie.sartoris@usdoj.gov
                william.rollins@usdoj.gov
                khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                  UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>              v.<br><br>YI-CHI SHIH,<br>  aka "Yichi Shih,"<br>  aka "Yuqi Shi," et al,<br><br>         Defendants. | No. CR 18-50(B)-JAK<br><br>GOVERNMENT'S SUBMISSION OF RESPONSES TO DEFENDANT'S OBJECTIONS TO EXHIBITS EXPECTED TO BE INTRODUCED ON MAY 28, 2019 DURING DIRECT EXAMINATION OF SPECIAL AGENT BERGER; ATTACHMENT A |

Attached hereto is a chart listing what it believes are the disputed exhibits that the government will seek to introduce at trial on May 28, 2019, during the direct examination of Special Agent Robert Berger.  The attached chart sets forth the exhibit numbers, a description of the exhibits, the defendant's objections, and the government's responses.

The government sent a list of these disputed exhibits to the defense on Sunday, May 26, 2019, at approximately 9:10 a.m., and requested an update on defense objections.  As of Monday, May 27, 2019, at approximately 7:09 p.m., the government had received no update.

With respect to exhibits to which defendant has previously stated he has no objection, the government will seek the Court's authorization to admit those before direct examination begins in the interest of expediency and conserving trial time.

Dated:  May 27, 2019                    Respectfully submitted,

                                        NICOLA T. HANNA
                                        United States Attorney

                                        PATRICK R. FITZGERALD
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                                /s/
                                        _____
                                        JUDITH A. HEINZ
                                        JAMES C. HUGHES
                                        MELANIE SARTORIS
                                        WILLIAM M. ROLLINS
                                        KHALDOUN SHOBAKI
                                        Assistant United States Attorneys